## PUTNEY, TWOMBLY, HALL & HIRSON LLP

ESTABLISHED 1866

COUNSELORS AT LAW

521 FIFTH AVENUE

NEW YORK, NEW YORK 10175

(212) 682-0020

TELEFAX: (212) 682-9380

PUTNEYLAW.COM

DANIEL F. MURPHY, JR.
MICHAEL T. McGRATH
THOMAS A. MARTIN
WILLIAM M. POLLAK
JAMES E. McGRATH, III
CHRISTOPHER M. HOULIHAN
THOMAS M. LAMBERTI
STEPHEN J. MACRI
HARVEY I. SCHNEIDER
MARY ELLEN DONNELLY
JOSEPH B. CARTAFALSA
GEOFFREY H. WARD
ANDREA HYDE
E. PARKER NEAVE
MARK A. HERNANDEZ
JAMES M. STRAUSS
PHILIP H. KALBAN
SEAN H. CLOSE
LANSING R. PALMER
JEROME P. COLEMAN
BARBARA M. MAISTO
CARYN B. KEPPLER

740 BROAD STREET, SUITE 2
SHREWSBURY, NEW JERSEY 07702
(732) 379-6020
(732) 345-9444

1205 FRANKLIN AVENUE
GARDEN CITY, NY 11530
(516) 746-0070
TELEFAX: (516) 746-0599

2000 GLADES ROAD
SUITE 300
BOCA RATON, FLORIDA 33431
(800) 935-8480
TELEFAX: (561) 613-4100

COUNSEL
CHARLES J. GROPPE
ALEXANDER NEAVE
DUSTAN T. SMITH

March 28, 2013

**VIA FACSIMILE (718) 613-2416**
Hon. Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Georgette Neglia v. St. Vincent's Services
E.D.N.Y. Case No. 11-cv-3293 (CBA) (VVP)

Dear Judge Amon:

This firm represents St. Vincent's Services, Inc., Defendant in the above-referenced action. I am writing to advise the Court that the parties have conferred and wish to discontinue the action with prejudice pursuant to Rule 41. The parties would conclude their settlement of Plaintiff's discrimination and wage claims privately and would not seek judicial approval of the settlement terms. The parties are in the process of executing a Stipulation to that effect, which we would anticipate filing with the Court within the next week.

Please advise the parties if the Court wishes to schedule a conference call to discuss this matter. Thank you for your consideration.

Respectfully submitted,

Sean H. Close

cc: David Abrams, Esq.