United States District Court
Eastern District of New York

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 4 - 2013 ★
BROOKLYN OFFICE

Georgette Neglia,

    Plaintiff,

- against -

St. Vincent's Services, Inc.,

    Defendant.

No. 11 cv 3293 (CBA) (VVP)

<u>Stipulation</u>

It is hereby stipulated and agreed that this matter shall be dismissed with prejudice and without costs to any party pursuant to the parties' confidential settlement agreement; that the parties waive court approval of the settlement agreement in order to preserve the confidentiality of the same; and that the parties intend for the settlement to be honored, binding, and final in all other respects.

Respectfully submitted,

_/s/_

David Abrams, Attorney at Law
  Attorney for Plaintiff
299 Broadway Suite 1700
New York, NY 10007
Tel. 212-897-5821

Dated: New York, NY
    ~~March ___, 2013~~
    April 4, 2013

Putney, Twombley, Hall & Hirson LLP

_/s/_

by:   Sean Close, Esq.
521 Fifth Avenue
New York, NY 10175
Tel. 212-682-0020

Dated: New York, NY
    ~~March ___, 2013~~
    April 3, 2013

So Ordered

4/4/13

s/Carol Bagley Amon